# EXHIBIT C

**SINO STAR'S INFRINGEMENT ANALYSIS**

**U.S. Patent No. 7,304,635 – OverDrive Inc.**

**Claim 1**

Sino Star Global Ltd. ("Sino Star") provides evidence of infringement of claim 1 of U.S. Patent No. 7,304,635 (hereinafter "the '635 patent") by OverDrive Inc., ("OverDrive").  In support thereof, Sino Star provides the following claim chart.

"Accused Instrumentalities" as used herein refers to at least applications for reading information with a book interface (e.g. e-readers, tablets) including, but not limited to OverDrive's Libby, Sora, and Overdrive applications.  The legacy application to Libby was the Overdrive application, and Sino Star contends on that the infringing functionality described below for the Libby application applies to the OverDrive application.  (*See* https://resources.overdrive.com/libby/ (webpage describing OverDrive upgrading OverDrive application users to the Libby application); https://www.youtube.com/watch?v=JmYCzHY1AdQ (video from OverDrive's YouTube account describing functionality and use of the OverDrive application.)  These claim charts demonstrate OverDrive's infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as OverDrive has not yet provided any non-public information.  An analysis of OverDrive's (or other third parties') technical documentation may assist in fully identify all infringing features and functionality.  Accordingly, Sino Star reserves the right to supplement this infringement analysis once such information is made available to Sino Star.  Furthermore, Sino Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Sino Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery.  Sino Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Sino Star contends that OverDrive directly infringes the '635 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Sino Star further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. § 271(b) in conjunction with other evidence of liability under one or more of those subsections.  OverDrive makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 1 of the '635 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, Sino Star believes and contends that each element of each claim asserted herein is literally met through OverDrive's provision of the Accused Instrumentalities.  However, to the extent that OverDrive attempts to allege that any asserted claim element is not literally met, Sino Star believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities, Sino Star did not identify any substantial differences between the elements of the patent claims and the

**SINO STAR GLOBAL'S ANALYSIS OF INFRINGEMENT**

corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, Sino Star asserts that, on information and belief, any similarly-functioning instrumentalities also infringes the charted claim.  Sino Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by OverDrive.  Sino Star also reserves the right to amend this infringement analysis by citing other claims of the '635 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Sino Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

August 11, 2023

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| A method for controlling an electronic book, comprising steps of: | The preamble is not limiting.  Upon information and belief, OverDrive is the infringer practicing a method for controlling an electronic book by the Accused Instrumentalities.  For example, the Accused Instrumentalities, as shown below, include a method for controlling an electronic book.<br><br><br><br>**Source**: https://meet.libbyapp.com/ |

August 11, 2023



**Source:** https://www.overdrive.com/apps/libby#GettingStarted

August 11, 2023



**Source:** Screenshot of Libby application on a mobile device.



**Source**: https://www.overdrive.com/apps/sora/

| | |
|---|---|
| rendering a display of one of an electronic book interface and an electronic book display with an executable program or programs; | The Accused Instrumentalities include rendering a display of one of an electronic book interface and an electronic book display with an executable program or programs, as shown by the screenshots of the Accused Instrumentalities below. |

August 11, 2023



**Source:** Screenshot of Libby application on a mobile device.

August 11, 2023



**Source:** Screenshot of Libby application on a mobile device.

August 11, 2023



**Source:** https://meet.libbyapp.com/

August 11, 2023



**Source**: https://www.overdrive.com/apps/sora/

| | |
|---|---|
| controlling at least a display of said electronic book with an electronic book behavior specification, | The Accused Instrumentalities include controlling at least a display of said electronic book with an electronic book behavior specification.  For example, the Accused Instrumentalities include an electronic book behavior specification that supports file formats such as EPUB. |



**Source:** Screenshot of Libby application on a mobile device.

August 11, 2023

<table>
<tr><td></td><td>

**Step 1**
On your phone or tablet, install the **SORA app** from your device's app store or from **https://www.overdrive.com/apps/**

**Step 2**
In the app, select **Sign up** and create a SORA account. This is different than your student ID or school login. Or, if you're under 13 or don't want an OverDrive account*, select **Under 13 years old or using OverDrive through your school?** link.
*A SORA account enables you to download and sync EPUB eBooks on multiple devices.*

**Source**:
https://www.amphi.com/Page/13473#:~:text=*A%20SORA%20account%20enables%20you,EPUB%20eBooks%20on%20multiple%20devices.&text=Find%20and%20save%20our%20school's%20SORA%20collection%20in%20the%20SORA%20app.&text=Open%20our%20school's%20SORA%20collection,a%20hold%20on%20a%20title.

</td></tr>
<tr><td>

said electronic book behavior specification being data separate from the executable program or programs which render the display of one of the electronic book interface and the electronic book display;

</td><td>

The Accused Instrumentalties include said electronic book behavior specification being data separate from the executable program or programs which render the display of one of the electronic book interface and the electronic book display. For example, the supported file format of the electronic book behavior specification below is data separate from Libby's executable program or programs which renders the e-book display.



**Source:** Screenshot of Libby application on a mobile device.

</td></tr>
</table>

August 11, 2023



**Source:** Screenshot of Libby application on a mobile device.

August 11, 2023

| said electronic book behavior specification containing both a static specification | The Accused Instrumentalities' electronic book behavior specification contains both a static specification and a dynamic specification.  As an example of the static specification, when Libby displays e-book documents in supported formats, such as EPUB, Libby's electronic book behavior specification contains book attributes (e.g., title, author, contents) from the EPUB document.  **Source:** Annotated screenshot of Libby application on a mobile device. |
|---|---|

August 11, 2023

**Step 1**

On your phone or tablet, install the **SORA app** from your device's app store or from **https://www.overdrive.com/apps/**

**Step 2**

In the app, select **Sign up** and create a SORA account. This is different than your student ID or school login. Or, if you're under 13 or don't want an OverDrive account*, select **Under 13 years old or using OverDrive through your school?** link.

*A SORA account enables you to download and sync EPUB eBooks on multiple devices.*

**Source**:

https://www.amphi.com/Page/13473#:~:text=*A%20SORA%20account%20enables%20you,EPUB%20eBooks%20on%20multiple%20devices.&text=Find%20and%20save%20our%20school's%20SORA%20collection%20in%20the%20SORA%20app.&text=Open%20our%20school's%20SORA%20collection,a%20hold%20on%20a%20title.

August 11, 2023

| | An EPUB publication is, in its most basic sense, a bundle of resources with instructions on how to render those resources to present the content in a logical order. The types of resources that are allowed in EPUB publication, as well as restrictions on their use, are defined in 3. Publication resources. |
|---|---|
| | A ZIP-based archive with the file extension `.epub` bundles the EPUB publication's resources for distribution. As conformant ZIP archives, EPUB publications can be unzipped by many software programs, simplifying both their production and consumption. |
| | The container format not only provides a means of determining that the zipped content represents an EPUB publication (the `mimetype` file), but also provides a universally named directory of non-normative resources (`/META-INF`). Key among these resources is the `container.xml` file, which directs reading systems to the available package documents. Refer to 4. Open Container Format (OCF) for more information about the container format. |
| | An EPUB publication is typically represented by a single package document. This document includes metadata used by reading systems to present the content to the user, such as the title and author for display in a bookshelf as well as rendering metadata (e.g., whether the content is reflowable or has a fixed layout). It also provides a manifest of resources and includes a spine that lists the default sequence in which to render documents as a user progresses through the content. Refer to 5. Package document for the requirements for the package document. |
| | **Source:** https://www.w3.org/TR/epub/#sec-conformance-checking |
| and a dynamic specification, said dynamic | The Accused Instrumentalities' electronic book behavior specification contains both a static specification and a dynamic specification, said dynamic specification configured to allow an electronic book behavior of a displayed electronic book to be initiated or modified via a user-intitiated command or an automatically initiated command.  As an example of the |

August 11, 2023

| specification configured to allow an electronic book behavior of a displayed electronic book to be initiated or modified via a user-initiated command or an automatically-initiated command | dynamic specification, Libby is configured to allow an electronic book behavior of a displayed electronic book, such as highlighting and making notes directly in the text, to be initiated by the user. |
|---|---|

August 11, 2023



Source: https://www.youtube.com/watch?v=rFNHrBr2A5A (screenshot at 1 minute 54 seconds of video)

For further example, as annotated below, Sora is configured to allow an electronic book behavior of a displayed electronic book, such as making notes, to be initiated by the user.



**Source**: https://www.overdrive.com/apps/sora/

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

19 of 19

August 11, 2023