# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

SINO STAR GLOBAL LTD.

CIVIL CASE NO. 1:23-cv-01574

vs.

JUDGE

OVERDRIVE INC.,

## PRAECIPE FOR ISSUANCE

☒ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 08/11/2023          By: Patrick J. Thomas

Attorney for Plaintiff Sino Star Global Ltd.

revised 02/2009